**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In Re: ) | | Chapter 13 |
| MICHAEL G. KOTZEN ) | | Case No. 17-14391-FJB |
|     Debtor ) | | |
| _____) | | |

**RESPONSE OF THE DEBTOR, MICHAEL G. KOTZEN, TO
EXPEDITED SUPPLEMENTAL MOTION OF CHAPTER 13 TRUSTEE
FOR ORDER DISMISSING CASE PURSUANT TO MLBR 13-13
AND REQUEST FOR HEARING**

1. The Debtor acknowledges filing this Chapter 13 Bankruptcy proceeding on November 27, 2017.  The Debtor acknowledges that the bar date for filing a proof of claim was April 9, 2018 and further, the deadline for filing a surrogate proof of claim was May 9, 2018.

2. The Debtor acknowledges having filed a Chapter 13 Plan (with prior Counsel).  The Debtor further acknowledges that the Plan provides for payments to creditors who have not yet filed a proof of claim.  Specifically, U.S. Fuel Inc., in the sum of $4,348.01.  The Debtor asserts that U.S. Fuel Inc. is a secured creditor with an execution recorded against the property at the Middlesex County Registry of Deeds on September 14, 2017.

3. The Debtor does not contest the Chapter 13 Trustee's position that a Chapter 13 Plan cannot be confirmed in which a proposed distribution to a claimant who has not filed a proof of claim in the proceeding.

4. Affirmed.

5. The Debtor affirms that the provisions of the first Chapter 13 Plan do not adequately address the amount due to creditor, LV Realty.  Further, the Plan as filed

1

does not adequately provide for total unsecured creditors of $40,262.16. and the Debtor will file a First Amended Chapter 13 Plan that will adequately provide for payments to all parties with a properly filed proof of claim. The Debtor acknowledges unfiled pre-petition state income tax returns for the years 2013, 2014, 2015 and 2016. However, the Debtor is presently working with his accountant to prepare said tax returns and expects to have the returns filed with the Commonwealth of Massachusetts Department of Revenue within the next twenty-one (21) days. The Debtor acknowledges being in arrears to the Chapter 13 Trustee for Plan payments, however, the Debtor has forwarded the amount of $2,500.00 to the Chapter 13 Trustee on June 19, 2018 and another $3,000.00 forwarded on July 24, 2018.

WHEREFORE, the Debtor opposes the Chapter 13 Trustee's Supplemental Motion to Dismiss and requests that the Debtor be allowed to file a First Amended Chapter 13 Plan to address the issues outlined in the Chapter 13 Trustee's Motion to Dismiss and to provide the Trustee with photocopies of duly filed Massachusetts Income Tax Returns for the years 2013, 2014, 2015 and 2016.

August 6, 2018                                              Respectfully Submitted by
                                                            Counsel for the Debtor

                                                            /s/ Joseph P. Foley
                                                            Joseph P. Foley, Esq.
                                                            98 North Washington Street
                                                            Suite 104
                                                            Boston, Massachusetts  02114
                                                            (857) 265-2931
                                                            BBO# 173560

2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In Re: ) | | Chapter 13 |
| MICHAEL G. KOTZEN ) | | Case No. 17-14391-FJB |
|    Debtor ) | | |
| ) | | |

**CERTIFICATE OF SERVICE**

   I, Joseph P. Foley, Esq. hereby certify that on August 6, 2018 and in accordance with MLBR, Appendix 1, Rule 13-4(b), I served by first class United States mail or electronically, a copy of this **RESPONSE OF THE DEBTOR, MICHAEL G. KOTZEN, TO EXPEDITED SUPPLEMENTAL MOTION OF CHAPTER 13 TRUSTEE FOR ORDER DISMISSING CASE PURSUANT TO MLBR 13-13 AND REQUEST FOR HEARING** to the parties on the attached service list.

August 6, 2018                                        Respectfully submitted by,
                                                                          Counsel for the Debtor

                                                                          /s/ Joseph P. Foley
                                                                          Joseph P. Foley Esq.
                                                                          98 North Washington Street
                                                                          Suite 104
                                                                          Boston, Massachusetts 02114
                                                                          857-265-2931
                                                                          BBO# 173560

## SERVICE LIST

Carolyn Bankowski 13-12
Chapter 13-12 Trustee Boston
P.O. Box 8250
Boston, MA  02114
13trustee@ch13boston.com
*(Trustee)*

John Fitzgerald
Office of the U.S. Trustee
J.W. McCormack Post Office &
Courthouse
5 Post Office Square, 10th Floor, Suite 1000
Boston, MA  02109
USTPRegion01.BO.ECF@USDOJ.GOV
*(Assistant U.S. Trustee)*

Michael G. Kotzen
24 Solomon Pierce Road
Lexington, MA  02420

Harmon Law Offices, P.C.
150 California Avenue
Newton, MA 02458

Live Well Financial, Inc.
3900 Capital City Boulevard
Lansing, MI 48906

Live Well Financial, Inc.
c/o Atty. Richard T. Mulligan
Harmon Law Offices, P.C.
P.O. Box 610389
Newton Highlands, MA  02461-0345

Live Well Financial, Inc.
PO Box 40724
Lansing, MI 40724

LV Realty LLC
c/o RCG LLC
17 Ivaloo Street
Somerville, MA 02143

Mass. Dept. of Revenue
Attn: Bankruptcy Unit
PO Box 9564
Boston, MA 02114-9564

Midland Funding, LLC
Midland Credit Management, Inc.
PO BOX 2011
Warren, MI 48090

The Commonwealth of Massachusetts
Land Courts
Three Pemberton Square
Boston, MA 02108

Town of Lexington
Collector of taxes
PO Box 309
Lexington, MA 02420

U.S. Fuels, Inc.
c/o John Joseph Todisco, Jr., Esq.
Attorney at Law
105 Salem Street
Malden, MA  02148